PROB12A1

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

### REPORT OF OFFENDER NON-COMPLIANCE

| | |
|---|---|
| **Offender Name:** | Danny K. THOMPSON |
| **Docket Number:** | 2:06CR00305-01 |
| **Offender Address:** | Lafayette, Louisiana |
| **Judicial Officer:** | Honorable D. Lowell Jensen<br>Senior United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | 01/30/2006 (District of Colorado) |
| **Original Offense:** | 18 USC 1708 - Possession of Stolen Mail<br>(CLASS D  FELONY ) |
| **Original Sentence:** | 366 days custody Bureau of Prisons; 3 year Term of Supervised Release; $12,354.07 restitution; $100 special assessment. |
| **Special Conditions:** | Drug abuse testing and treatment; Co-pay for testing and treatment services; No new credit or debt without the approval of probation officer; Enroll in a higher education program within six months of release; Restitution payments of $200 per month or 10% of gross monthly income, whichever is greater. |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 05/05/2006 |
| **Assistant U.S. Attorney:** | To be assigned    **Telephone:** (916) 554-2700 |
| **Defense Attorney:** | To be assigned    **Telephone:** (916) 498-5700 |

**Other Court Action**

**07/31/2006:**    Jurisdiction transferred from the District of Colorado to the Eastern District of California.

RE:   **Danny K. THOMPSON**
      **Docket Number:   0972 2:06CR00305-01**
      **REPORT OF OFFENDER NON-COMPLIANCE**

**08/08/2006**:                    Prob 12B Petition: Modification of conditions to include
                                   1) Search; 2) Restitution schedule to be determined by
                                   probation officer.

---

## NON-COMPLIANCE SUMMARY

The purpose of this report is to advise the Court of an alleged violation of the terms of supervision.  The Probation Officer has developed a plan to dispose of the alleged non-compliance with action less than revocation, and the Court is requested to approve the plan to address the non-compliance.

1.   **NEW LAW VIOLATIONS**

2.   **IRREGULAR FINE/RESTITUTION PAYMENTS**

**Details of alleged non-compliance:**  On April 19, 2006, the releasee was released from imprisonment and his term of supervised release commenced in the Eastern District of California. On April 25, 2007, he gained suitable employment in the Western District of Louisiana, and on May 29, 2007, courtesy supervision was accepted by the Western District of Louisiana. On July 2,2007, supervision was transferred to the Western District of Louisiana.

On September 30, 2007, the releasee was cited by the Louisiana State Police for Hit and Run Driving (misdemeanor) and Failure to Obtain a Louisiana Driver's License.  On October 25,2007, the charges were accepted for prosecution in the Sixteenth Judicial District Court of Louisiana, Iberia Parish, and assigned Case Number 07-CR-002170. On November 15, 2007, he pled not guilty and trial was fixed for March 6, 2008.

Additionally, the releasee has failed to adhere to the restitution payment schedule; however, it does not appear to be willful failure.  According to the probation officer, he should have paid approximately $2,432.00 since May 2007, and has paid a total of $670.00.  He has had monetary expenses in regards to the disposition of charges that were pending in Arkansas at the time of sentencing for the instant offense, and missed

Rev. 10/2007
VIOLATION__RPT NON-COMPLIANCE
& ORDER (PROB12A1).MRG

RE:   **Danny K. THOMPSON**
       **Docket Number:   0972 2:06CR00305-01**
       **REPORT OF OFFENDER NON-COMPLIANCE**

several lengthy offshore job hitches in order to make himself available for prosecutorial proceedings on these pending charges.

**United States Probation Officer Plan/Justification:**  It is respectfully recommended that no formal action be taken by the Court at this time. The releasee has passed all drug tests conducted and there are no other violations.  The Western District of Louisiana Probation Office will continue to monitor the pending charges, and also his ability to pay restitution as ordered.

Respectfully submitted,

/s/ Michael A. Sipe

**MICHAEL A. SIPE**
**Senior United States Probation Officer**
Telephone: (916) 786-2357

**DATED:**      December 20, 2007
                 Roseville, California
                 MAS:jc

**REVIEWED BY:**      /s/ Richard A. Ertola
                     **RICHARD A. ERTOLA**
                     **Supervising United States Probation Officer**

Rev. 10/2007
VIOLATION__RPT NON-COMPLIANCE
& ORDER (PROB12A1).MRG

RE:   **Danny K. THOMPSON**
      **Docket Number:   0972 2:06CR00305-01**
      **REPORT OF OFFENDER NON-COMPLIANCE**

---

**THE COURT ORDERS:**

( **X** )   The Court Approves Probation Officer's Plan, and Orders No Further Action Be Taken At This Time.

(   )   Submit a Request for Modifying the Conditions or Term of Supervision.

(   )   Submit a Request for Warrant or Summons.

(   )   Other:

_____**Dec. 21, 2007**_____                    _____
**Date**                                            **Signature of Judicial Officer**

cc:   United States Probation
      Assistant United States Attorney, To be assigned
      Assistant Federal Defender, To be assigned

Rev. 10/2007
VIOLATION__RPT NON-COMPLIANCE
& ORDER (PROB12A1).MRG